1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   KATHERINE ELIZABETH ROHRBACHER,      Case No. CV 14-4774 SS

12                     Plaintiff,

13        v.                                           **JUDGMENT**

14   CAROLYN W. COLVIN, Acting
     Commissioner of the Social
15   Security Administration

16                     Defendant.

17

18

19        IT IS ADJUDGED that the decision of the Commissioner is

20   REVERSED and that the above-captioned action is REMANDED to the

21   Commissioner for further action consistent with the Court's

22   Memorandum Decision and Order.

23

24   DATED:  March 5, 2015

25

26                                      _____/S/_____
                                        SUZANNE H. SEGAL
27                                      UNITED STATES MAGISTRATE JUDGE

28